UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KAI SIMMS AND CARL BOWERS, )
 )
    Plaintiff(s), )
 )
vs. ) Case No. 4:06CV1557 RWS
 )
HOWARD BAILEY, JR., )
a.k.a. Chingy, ET AL. )
    Defendant(s). )

## MEMORANDUM AND ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendants Richard Anderson and Check Boyz Entertainment on December 30, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this Order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2007.